**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6015**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RON CHRISTOPHER WHITLEY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:16-cr-00256-D-1)

Submitted:  March 27, 2025                          Decided:  June 18, 2025

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ron Christopher Whitley, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron Christopher Whitley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motions for reduction of sentence. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Whitley's motions. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review). Accordingly, we deny Whitley's motion to appoint counsel and affirm the district court's order. *United States v. Whitley*, No. 5:16-cr-00256-D-1 (E.D.N.C. Dec. 20, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*